CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 1 8 2005

JOHN F CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| DONNIE RAY ROSENBAUM, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VA. PAROLE BOARD, et. al., ) <br> Defendant(s). ) | Civil Action No. 7:05-cv-00626 <br><br> **FINAL ORDER** <br><br> By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that the above referenced civil action, construed by the court as a petition for habeas corpus,

pursuant to 28 U.S.C. §2254, is hereby **DISMISSED** without prejudice, pursuant to Rule 4 of

the Rules Governing § 2254 Proceedings, and that the action is hereby stricken from the active

docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to plaintiff.

ENTER: This _18th_ day of October, 2005.

Senior United States District Judge